IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                                    NO. 4:98CR00192-01 GTE

**DEXTER NEAL**

### ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Supervised Release filed May 4, 2010, [Doc. #59]. A hearing was held on June 29, 2010, before the Hon. Garnett Thomas Eisele at which the Defendant, Dexter Neal and his attorney, Molly Sullivan appeared along with Assistant United States Attorney, Tricia Harris and U.S. Probation Officer Kenny Davis. The Government presented evidence and testimony of witnesses regarding the violations of Defendant's conditions of Supervised Release. The Defendant also presented testimony and other evidence. The Defendant admitted the violation regarding his misdemeanor conviction in Eudora District Court, but denied all other violations.

After considering the evidence and the testimony presented, the Court made findings of fact and conclusions of law from the bench and on the record. On the basis thereof the Court concludes that the Defendant's conditions of Supervised Release have been violated and that his term of Supervised Release should be revoked.

IT IS THEREFORE ORDERED, that the Motion to Revoke, be and it is, hereby, GRANTED. The Court imposes a sentence of TWENTY-TWO (22) MONTHS in the Bureau of Prisons with TWO (2) YEARS' Supervised Release to follow. During incarceration the Court recommends that the Defendant participate in mental health counseling with an emphasis on anger management and that he participate in educational and vocational programs. Defendant

shall remain on his same conditions of bond, and must call his Probation Officer every morning at 10:00 a.m.  Defendant shall be allowed to self-report to the designated institution on August 30, 2010 by 2:00 p.m., or if he cannot get to the designated institution he shall report to the United States Marshal for this District by 2:00 p.m. on August 30, 2010.

During his term of Supervised Release all general and standard conditions previously imposed remain in full force and effect.  In addition, the defendant shall participate under the guidance and supervision of the U. S. Probation Office, in mental health counseling with emphasis on anger management as a continuation of treatment after release from the Bureau of Prisons.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

IT IS SO ORDERED, this 30th day of June, 2010.

   /s/ Garnett Thomas Eisele\
UNITED STATES DISTRICT JUDGE